WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**REBECCA ELIZABETH WATTS,**                           CV # 10-822-MA

   Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security,**

   Defendant.

Attorney fees in the amount of $5,803.42 are hereby awarded pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045. If no debt subject to offset exists, payment shall be made in Tim Wilborn's name.

DATED this 26 day of October, 2011.

_____
United States District Judge

Submitted on October 20, 2011 by:
s/ Tim Wilborn
TIM WILBORN, OSB # 944644
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1